IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR509-009 |
| | ) | |
| CURTIS PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 54.) In the report, Magistrate Judge James E. Graham recommends that Defendant Curtis Pierce be found competent to stand trial. After conducting a competency hearing on January 6, 2011, the Magistrate Judge determined that Defendant was now taking his medication, rendering him competent to stand trial. Neither Defendant nor the Government have filed any objections to the Magistrate Judge's Report and Recommendation, which, after a careful review of the record, is **ADOPTED** as the opinion of the Court. Accordingly, the Court finds Defendant **COMPETENT** to stand trial.

SO ORDERED this 16th day of February 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA